IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BANK OF AMERICA, N.A., Successor by
merger to BAC Home Loans Servicing, LP,
f/k/a Countrywide4 Home Loans Services, LP,

      Plaintiff,

VS.

MARK T. THIELMANN, et al,

      Defendants.                    NO. 11-CV-1027-DRH

## O R D E R

**HERNDON, Chief Judge**

Pursuant to **28 U.S.C. §455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter. Through random draw, the Clerk of the Court has reassigned this matter to United States District Judge Michael J. Reagan. All further documents filed in this matter shall bear case number **11-CV-1027-MJR.**

**IT IS SO ORDERED.**

**DATED:** November 22, 2011

David R. Herndon
2011.11.22
17:32:39 -06'00'

CHIEF JUDGE
U.S. DISTRICT COURT